**U. S. DISTRICT COURT - DE**

**MISC. CASE #** 0 7 - 1 5 0

CAUTHORN & NOHR
A PROFESSIONAL CORPORATION
201 CHEROKEE STREET
MARIETTA, GEORGIA 30060

T.E. CAUTHORN
JASON L. NOHR
LISA A. OWEN
JUSTIN B. O'DELL

OF COUNSEL
MELISSA MCMATH NOHR

(770) 528-0150
FAX: (770) 528-0160
WWW.CAUTHORNANDNOHRLAW.COM

2007 AUG -2    AM 9: 43

August 1, 2007

Dear Clerk of the Court:

This is to advise that the U.S. District Court for the Northern District of Georgia Atlanta Division, has taken exclusive jurisdiction of Success Trust Development Partners, Archie Paul Reynolds a/k/a Dr. A. Paul Reynolds and the assets thereof, and has appointed Pat Huddleston, II, as the Receiver over any and all assets of the Receivership Estate. A portion of the property of Success Trust may be located in your jurisdiction.

Accordingly, we are filing a Notice of Receivership in this district, pursuant to 28 U.S.C. § 754, which includes a copy of the Complaint, Order of Appointment of the Receiver, and the appropriate filing fee. Please consider this a miscellaneous case filing. It is our understanding that a civil cover sheet and other items typically required for initiating a civil matter are *not* required for this Notice because the matter will be administratively closed without further proceedings in this district.

Please be advised that we are simultaneously filing this Notice in multiple districts. Because there is a statutory deadline associated with filing this Notice, it is very important that this Notice be filed on the date of your receipt. Accordingly, we ask that you please file this Notice regardless of any administrative filing requirements that may be necessary in this district. If there are any additional requirements relating to this filing, please contact the undersigned attorney. We will ensure that those items are promptly provided.

We also enclosed extra copies of the Order and Complaint, which we request that you stamp, file and return in the enclosed self-addressed stamped envelope.

Should you have any questions, please contact the undersigned attorney at (770) 528-0150 or jln@cauthornnohr.com.

Sincerely,
Jason L. Nohr
Jason L. Nohr

Enclosures